1 Amanda L. Groves (SBN: 187216)
agroves@winston.com
2 Sean D. Meenan (SBN: 260466)
smeenan@winston.com
3 WINSTON & STRAWN LLP
101 California Street
4 San Francisco, CA 94111-5802
Telephone:     (415) 591-1000
5 Facsimile:      (415) 591-1400

6 Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| KAREN THOMAS, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>Defendant. | **Case No. 5:12-CV-02908-EJD-PSG**<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING ADR COMPLETION DEADLINE AND MOTION TO DISMISS SCHEDULING |

WHEREAS, the Complaint was filed in this putative class action on June 5, 2012, alleging that labeling on Kirkland Signature Kettle Brand Potato Chips constituted, among other things, a violation of California's Sherman Law, false advertising, unfair competition, and a breach of warranty;

WHEREAS, Defendant moved to dismiss the Complaint on September 9, 2012;

WHEREAS, on September 21, 2012 and in anticipation of a September 28, 2012 case management conference, the Parties filed a joint case management statement indicating their agreement to mediate once the case is at issue and some level of discovery has been taken;

WHEREAS, on September 25, 2012, the Court vacated the case management conference and ordered the Parties to complete early neutral evaluation by December 24, 2012;

WHEREAS, on September 28, 2012, Plaintiff mooted the pending motion to dismiss by

filing a 53-page Amended Complaint, adding a new named plaintiff and allegations relating to eight additional Costco products not included in the original Complaint;

WHEREAS, the Parties have agreed that Defendant shall have until November 15, 2012 to respond to the Amended Complaint and have agreed to the following briefing schedule for a motion to dismiss: Plaintiff's opposition shall be due December 14, 2012, Defendant's reply shall be due January 7, 2013, and a hearing on the motion shall be held on January 18, 2012 at 9:00 a.m., which has been reserved with the Court clerk;

WHEREAS, the Parties have agreed, and discussed with the ADR administrator on their October 3, 2012 ADR conference call, that alternative dispute resolution will be most fruitful if and when the case is at issue;

NOW THEREFORE, the Parties stipulate and request that the Court (1) extend the deadline for the Parties to complete early neutral evaluation to March 29, 2013, and (2) enter the briefing schedule set forth above.

Dated: October 5, 2012           WINSTON & STRAWN LLP


                                 By:    /s/ Amanda L. Groves
                                        Amanda L. Groves
                                        WINSTON & STRAWN LLP
                                        101 California Street, 39th Floor
                                        San Francisco, CA  94111-5802
                                        Telephone:  (415) 591-1000
                                        Facsimile:  (415) 591-1400
                                        agroves@winston.com

                                        *Attorneys for Defendant Costco Wholesale Corporation*

| | |
|---|---|
| Dated:  October 5, 2012 | Respectfully submitted,<br><br>PRATT & ASSOCIATES<br><br>By:  */s/ Ben F. Pierce Gore*<br>        Ben F. Pierce Gore<br>        PRATT & ASSOCIATES<br>        1901 S. Bascom Avenue, Suite 350<br>        Campbell, CA 95008<br>        Telephone:  (408) 429-6506<br>        Fax:  (408) 369-00752<br>        pgore@prattattorneys.com<br><br>*Attorneys for Plaintiff, Karen Thomas* |

I, Amanda L. Groves, hereby attest, pursuant to Civil Local Rule 5-1 that I have obtained concurrence in the filing of this document from each of the other signatories.

*/s/ Amanda L. Groves*
Amanda L. Groves

# [PROPOSED] ORDER

Pursuant to stipulation, IT IS HEREBY ORDERED that:

The Parties shall complete early neutral evaluation by March 29, 2013.

Defendant's response to the Amended Complaint shall be filed and served on November 15, 2012.

The following briefing schedule shall apply for a motion to dismiss the amended complaint: Plaintiff's opposition is due December 14, 2012, Defendant's reply is due January 7, 2013, and a hearing on the motion shall be held on January 18, 2013 at 9:00 a.m.

IT IS SO ORDERED.

Dated 10/10/2012

JUDGE EDWARD J. DAVILA