1  Amanda L. Groves (SBN: 187216)
   agroves@winston.com
2  Sean D. Meenan (SBN: 260466)
   smeenan@winston.com
3  WINSTON & STRAWN LLP
   101 California Street
4  San Francisco, CA 94111-5802
   Telephone: (415) 591-1000
5  Facsimile: (415) 591-1400

6  Attorneys for Defendant
   COSTCO WHOLESALE CORPORATION

7

**IT IS SO ORDERED**
Judge Edward J. Davila
5/31/2013

8  **UNITED STATES DISTRICT COURT**

9  **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10 **SAN JOSE DIVISION**

11

| | |
|---|---|
| 12 KAREN THOMAS and LISA LIDDLE, individually and on behalf of all others similarly situated, | **Case No. 5:12-CV-02908-EJD-PSG** |
| 13 | **STIPULATION AND [PROPOSED] ORDER REGARDING MEDIATION** |
| 14 Plaintiffs, | |
| 15 v. | Judge: Hon. Edward J. Davila |
| 16 COSTCO WHOLESALE CORPORATION, | Original Complaint Filed: June 5, 2012 |
| 17 Defendant. | |

18

19 **STIPULATION AND [PROPOSED] ORDER REGARDING MEDIATION**

20 The parties, through their undersigned counsel, hereby stipulate and agree as follows:

21 WHEREAS, counsel for the parties previously agreed, and the Court ordered, that they

22 would participate in a mediation session "within 90 days of the Court's ruling on the Defendant's

23 Motion to Dismiss Plaintiffs' Amended Complaint for Damages, Equitable and Injunctive

24 Relief."

25

26

27

28
STIPULATION AND [PROPOSED] ORDER RE MEDIATION
Case No. 5:12-CV-02908-EJD-PSG

CHL:62010.1

WHEREAS, on April 9, the Court granted Defendant's Motion to Dismiss Plaintiff's Amended Complaint for Damages, Equitable and Injunctive Relief, with leave to amend, and declined to set a case management schedule at that time;

WHEREAS, on April 24, 2013, Plaintiffs filed a second amended complaint;

WHEREAS, Defendant's response to that complaint is due June 7, 2013 and Defendant intends to file a motion to dismiss, among other things, all claims by Plaintiff Thomas;

WHEREAS, on May 29, 2013, the parties participated in a call with assigned mediator Mark LeHocky and discussed the most appropriate timing for mediation in light of the upcoming motion to dismiss;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and among the parties and their counsel that: The parties will participate in mediation within 90 days of the Court's order on Defendant's motion to dismiss the second amended complaint.

IT IS SO STIPULATED.

Dated: May 29, 2013

PRATT & ASSOCIATES

　　/s/ Ben F. Pierce Gore
Ben F. Pierce Gore
Attorney for Plaintiffs
KAREN THOMAS AND LISA LIDDLE

Dated: May 29, 2013

WINSTON & STRAWN LLP

　　/s/ Amanda L. Groves
Amanda L. Groves
Attorney for Defendant
COSTCO WHOLESALE CORPORATION

Amanda L. Groves attests that Ben F. Pierce Gore has consented to the filing of this document.

IT IS SO ORDERED
Dated: May 31, 2013

　　/s/ Amanda L. Groves
Amanda L. Groves

United States District Judge
Edward J. Davila

STIPULATION AND [PROPOSED] ORDER RE MEDIATION
Case No. 5:12-CV-02908-EJD-PSG

CHL:62010.1