Amanda L. Groves (SBN: 187216)
agroves@winston.com
Sean D. Meenan (SBN: 260466)
smeenan@winston.com
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111-5802
Telephone: (415) 591-1000
Facsimile: (415) 591-1400

Luciona Johnson (*pro hac vice* pending)
lujohnson@winsotn.com
WINSTON & STRAWN LLP
100 North Tryon Street
Charlotte, NC 28202-1078
Telephone: (704) 350-7700
Facsimile: (704) 350-7800

Attorneys for Defendant
COSTCO WHOLESALE CORPORATION

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| KAREN THOMAS, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>    Defendant. | Case No. 5:12-cv-02908-EJD-PSG<br><br>**APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* AND [PROPOSED] ORDER**<br><br>(CIVIL LOCAL RULE 11-3) |

I, Luciona Johnson, an active member in good standing in the bar of the State of North Carolina and the bar of the State of South Carolina, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing Costco Wholesale Corporation in the above-entitled action. My local co-counsel in this case is Amanda L. Groves, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

1

| My Contact Information | Local Co-Counsel's Contact Information |
|---|---|
| Luciona Johnson<br>Winston & Strawn LLP<br>100 North Tryon Street<br>Charlotte, NC 28202<br>Tel.:   (704) 350-7700<br>Email: lujohnson@winston.com | Amanda L. Groves<br>Winston & Strawn LLP<br>101 California Street, Suite 3900<br>San Francisco, CA 94111<br>Tel.:   (415) 591-1000<br>Email: agroves@winston.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above, my bar numbers are North Carolina Bar number 35364 and South Carolina Bar number 77657.

A true and correct copy of a certificate of good standing or equivalent official document from the United States District Court, Western District of North Carolina is attached to this application, as Exhibit A.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  August 20, 2013          By:     */s/ Luciona Johnson*
                                                       APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Luciona Johnson is granted, subject to the terms and conditions of Civil L.R. 11-3.  All papers filed by the attorney must indicate appearance *pro hac vice.*  Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE