Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, CA 95126
Telephone: (408) 369-0800
Fax: (408) 369-0752
pgore@prattattorneys.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAREN THOMAS and LISA LIDDLE, Individually and on behalf of all other similarly situated,<br><br>Plaintiffs,<br>vs.<br><br>COSTCO WHOLESALE CORPORATION<br><br>Defendants | Case No. 5:12-cv-02908 BLF<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING SUPPLEMENTAL BRIEFING ON DEFENDANT'S MOTION TO DISMISS THE THIRD AMENDED COMPLAINT, OR IN THE ALTERNATIVE, FOR PARTIAL SUMMARY JUDGMENT** |

Plaintiffs Karen Thomas and Lisa Liddle ("Plaintiffs"), along with Defendant Costco Wholesale Corporation ("Costco" or "Defendant") enter into the following stipulation, subject to the Court's approval, regarding supplemental briefing on Costco's pending Motion to Strike and Dismiss the Third Amended Complaint, or in the Alternative, for Partial Summary Judgment ("Motion to Dismiss"):

WHEREAS, Costco filed its Motion to Dismiss on May 16, 2014 (Doc. #89) and Plaintiffs' Response is currently due on or before May 30, 2014.

WHEREAS, Plaintiffs requested a brief extension of the schedule for briefing on the Motion to Dismiss.

1    WHEREAS, the parties stipulate that Plaintiffs' Response to Defendant's Motion to Dismiss shall be filed on or before June 30, 2014 instead of May 30, 2014.

WHEREAS, the parties further stipulate that Defendant, Costco's Reply to Plaintiffs' Response, if necessary, will be filed on or before July 24, 2014;

The Motion to Dismiss shall remain calendared for hearing as previously scheduled, on August 14, 2014.

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED by and between the parties to this action subject to approval from the Court that:

On or before June 30, 2014, Plaintiffs shall be permitted to file a Response to Defendant's Motion to Dismiss on or before July 24, 2014, and Defendant Costco shall be permitted to file a Reply to Plaintiffs' Response.

Dated:  May 20,  2014

Respectfully submitted,

 /s/ *Pierce Gore*
Ben F. Pierce Gore (SBN 128515)
PRATT & ASSOCIATES
1871 The Alameda, Suite 425
San Jose, CA 95126
Telephone:  (408) 429-6506
Fax:  (408) 369-0752
pgore@prattattorneys.com

*Attorneys for Plaintiffs*

Dated:  May 20,  2014

Respectfully submitted,

 /s/ *Amanda L. Groves*
Amanda L. Groves (SBN 187216)
WINSTON & STRAWN LLP
101 California Street
San Francisco, CA 94111
Telephone:  (415) 591-1000
Fax:  (415) 591-1400
sgroves@winston.com

*Attorneys for Defendant*

**ATTESTATION**

In compliance with Local Rule 5-1(i)(3), the filer of this document hereby attests that the concurrence to the filing of this document has been obtained from the other signatories thereto.

/s/*Pierce Gore*
Pierce Gore

**CERTIFICATE OF SERVICE**

I certify that a copy of this document was served electronically on May 20, 2014 on counsel of record in compliance with Federal Rule 5, Local Rule 5-6, by use of the Court's ECF system.

/s/*Pierce Gore*
Pierce Gore

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, and good cause appearing, the Court hereby orders that:

1. Plaintiffs' deadline to file a response to Defendant Costco's Motion to Strike and Dismiss Plaintiffs' Third Amended Complaint, or In The Alternative Partial Summary Judgment (the "Motion") is Monday, June 30, 2014;
2. Defendant's deadline to reply to Plaintiff's Response is Thursday, July 24, 2014;
3. The Motion remains calendared for hearing on August 14, 2014, at 1:30 p.m.

**IT IS ORDERED**.

Dated: May _____, 2014

_____
The Honorable Beth L. Freeman
United States District Judge