UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KAREN THOMAS, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>COSTCO WHOLESALE CORPORATION,<br><br>    Defendant. | Case No.  12-cv-02908-BLF<br><br>**ORDER RE: CASE SCHEDULE** |

The Court is in receipt of the parties' joint letter outlining a discovery plan for Defendant's partial motion for summary judgment. ECF 102. The parties have requested, due to upcoming depositions and ongoing document production, that the Court set supplemental briefing on the motion "to begin after February 15, 2015." *Id.* at 2.

Defendant has already filed its partial motion for summary judgment. ECF 89. Plaintiff's supplemental opposition to Defendant's motion, not to exceed ten pages, is HEREBY ORDERED to be filed no later than **March 6, 2015**. Defendant's supplemental reply, not to exceed seven pages, shall be filed no later than **March 13, 2015**.

Defendant may contact the Court to obtain a hearing date on the summary judgment motion. The motion may be noticed for hearing no earlier than April 2, 2015, but can be noticed for any date thereafter as available.

**IT IS SO ORDERED.**

Dated: November 26, 2014

_____
BETH LABSON FREEMAN
United States District Judge